UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LEE TUCKER,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:07-CV-271 |
| TRANSCOR AMERICA, LLC,<br>BILL BREES, JOHN DOES,<br>    Defendants | :<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed September 12, 2008. (Paper 10.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' motion to dismiss (Paper 7) is GRANTED with respect to the issue of improper venue. The Court hereby transfers this case to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 1406.

Dated at Brattleboro, in the District of Vermont this 8th day of October, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge